**IN THE UNITED STATES COURT DISTRIC COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **CRIMINAL NO. 15-0656 TJS** |
| | * | |
| **CARL M. FOR, IV,** | * | |
| | * | |
| **Defendant** | * | |
| * * * * * | | |

## MOTION TO SEAL UNITED STATES' MOTION FOR PRETRIAL DETENTION

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Barbara S. Sale, Assistant United States Attorney for said District, moves this Honorable Court for an order sealing the attached Motion for Pretrial Detention in the above captioned case. The motion contains personal and private medical information.

**WHEREFORE,** the United States requests that this motion and the attached Government Motion for Pretrial Detention be **SEALED.**

                                            Respectfully submitted,

                                            Rod M. Rosenstein
                                            United States Attorney

                                            _____/s/_____
                                            Barbara S. Sale
                                            Assistant United States Attorney

## O R D E R

It is this _____ day of April 2015, hereby

ORDERED, that this Government Motion for Pretrial Detention be **SEALED**.

_____
Timothy J. Sullivan
United States Magistrate Judge
U.S. District Court for the District of Maryland