IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRANSMITTAL LETTER TO:

US District Courthouse - ND/CA
Phillip Burton Federal Bldg
450 Golden Gate Ave.
San Francisco, CA 94102
Attn: Criminal Division

DATE: April 3, 2015
U.S.A. vs Carl Mark Force IV
CASE NO.: 15-656TJS
YOUR DOCKET NO 3-15-70370MEJ

Enclosed herein please find certified copies and **originals** of the following:

- ( ) Warrant of Arrest (Copy)
- (✓) Indictment (Copy)
- ( ) Financial Affidavit
- ( ) Contribution Order
- ( ) Order Appointing the Federal Public Defender
- ( ) CJA 20 Voucher - Appointment of counsel under CJA
- ( ) Appearance Bond
- ( ) Order Setting Conditions of Release
- ( ) Appearance Line of Counsel
- ( ) Waiver of Preliminary Hearing
- (✓) Waiver of Rule 5(c)(3) Hearings
- ( ) Temporary Detention Order
- (✓) Detention Order ~~by Agreement~~
- (✓) Commitment to Another District
- (✓) Docket Sheet from this District
- ( ) Order re: Medical Evaluation and Appropriate Treatment of Detainee
- (✓) Other: *Magistrate Judge Criminal Minutes*

FILED _____ ENTERED
LODGED _____ RECEIVED

APR 03 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office. Thank you.**

**Return to:**
**Clerk, U.S. District Court**
**101 West Lombard Street, Room 4415**
**Baltimore, MD 21201-2675**

By: _____
Deputy Clerk